# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD I. MONGOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-969-M |
| | ) |
| ONEOK, INC., and OKLAHOMA | ) |
| NATURAL GAS COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On November 19, 2014, the parties filed a Joint Stipulation of Dismissal with Prejudice. Having reviewed the parties' joint stipulation, the Court hereby DISMISSES this action with prejudice to refiling of the same.

**IT IS SO ORDERED this 20th day of November, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE